**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Marvin MAC MELVIN, Defendant–**
**Appellant.**

**No. 07–6005.**

United States Court of Appeals,
Fourth Circuit.

Submitted: Feb. 22, 2007.

Decided: March 5, 2007.

Marvin Mac Melvin, Appellant Pro Se. Clay Campbell Wheeler, Office of the United States Attorney, Raleigh, North Carolina, for Appellee.

Before WILLIAMS, MOTZ, and SHEDD, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Marvin M. Melvin appeals the district court's order denying his motion for reduction of sentence. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *United States v. Melvin,* 7:02–cr–00144–BR (E.D.N.C. Dec. 4, 2006). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*